8955.　WOOSTER *v.* THE STATE.

BLOODWORTH, J.　1.　The record in this case shows that the defendant, who was charged with adultery and fornication, he being unmarried and the woman married, confessed his guilt. Under the rulings in *Burger* v. *State*, 81 *Ga.* 196 (6 S. E. 282), and *Cook* v. *State*, 11 *Ga.* 53 (6), 54 (56 Am. D. 410), the confession was sufficiently corroborated by proof that the defendant and the woman lived together as man and wife, and for several months slept in a room with one bed.　See also *McArthur* v. *State*, 19 *Ga. App.* 747 (92 S. E. 234).

2. The grounds of the amended motion for new trial are without merit, and the judge did not err in refusing a new trial.

*Judgment affirmed.　Broyles, P. J., and Harwell, J., concur.*
DECIDED NOVEMBER 14, 1917.

Indictment for adultery and fornication; from Camden superior court—Judge Highsmith.　May 26, 1917.

*James M. Vocelle,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.